✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 08mj1007-02

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JORGE MARIO SANTOS-LIZARRAGA

I certify that I am admitted to practice in this court.

4/7/2008
Date

/s/ ERICA K. ZUNKEL
Signature

Erica K. Zunkel/Federal Defenders of SD 229285
Print Name Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 (619) 687-2666
Phone Number Fax Number

Print Save As... Export as FDF Retrieve FDF File Reset